■ In the Matter of Nissho-Iwai American Corporation, Respondent. Maivin Foundation, Appellant. — Order, Supreme Court, New York County (Blyn, J.), entered on March 23, 1982, unanimously modified, on consent given in open court, so as to direct that the documents required for production set forth in Exhibit A to the notice to take oral deposition, be produced for the period after August 1, 1980 rather than January 1, 1980 and, as thus modified, affirmed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Lupiano, Fein, Lynch and Asch, JJ.

■ George Cook, Respondent-Appellant, v City of New York, Appellant-Respondent. — Interlocutory judgment, Supreme Court, New York County (Shorter, J.), entered on February 2, 1981, affirmed, without costs and without disbursements. Concur — Murphy, P. J., Ross and Silverman, JJ.

Sandler and Carro, JJ., dissent as follows: "Although we agree the jury verdict was excessive, we think the reduction by the trial court was too drastic and would reduce to $550,000". No opinion.